## (September 10, 1982)

■ ALFRED J. DAVERSO et al., Appellants, v RICHARD A. ROMEO et al., as Commissioners of Election, Constituting the Board of Elections of the County of Onondaga, and JOANN KERR, Objector, Respondents. — Order unanimously affirmed, without costs. Memorandum: Petitioners appeal from an order of Special Term which denied their application for an order validating their petition for an opportunity to ballot. The failure of the subscribing witness to the petition to date his signature renders the petition invalid (see Election Law, § 6-132; *Matter of Sortino v Chiavaroli*, 42 NY2d 982). The subscribing witness' affidavit which supplied the missing date does not cure the fatal defect since it was filed after the last day provided by law for filing the petition (*Matter of Sortino v Chiavaroli, supra*). (Appeal from order of Onondaga Supreme Court, Aloi, J. — Election Law.) Present — Dillon, P. J., Callahan, Doerr, Denman and Moule, JJ.

## (September 24, 1982)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BRIAN MILLER, Appellant. — Upon remittitur from the United States Supreme Court, case held, decision reserved, and matter remitted to Trial Term for a hearing and determination concerning the applicability of *Payton v New York* (445 US 573) in light of *United States v Johnson* (457 US ___). Motion for leave to submit an additional brief and for reargument in advance of remittal denied as unnecessary. Present — Simons, J. P., Hancock, Jr., Callahan and Moule, JJ. (Orders entered Sept. 10, 1982.)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GEORGE NILES, Appellant. — Appeal unanimously dismissed as moot. (Appeal from judgment of Niagara County Court, Hannigan, J. — violation of probation.) Present — Dillon, P. J., Simons, Doerr, Moule and Schnepp, JJ.